UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN PRESSLEY, :

    Plaintiff, : CIVIL NO. 3:08-0449

v. : (MANNION, D.J.)[1]
                     (MEHALCHICK, M.J.)

ADAM HUBER, *et al.*, :

    Defendants :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1)     the report and recommendation of Judge Mehalchick, (Doc. 155), is **ADOPTED IN ITS ENTIRETY**;

(2)     the motions for summary judgment filed by defendants (Doc. 127, Doc. 145), asserting that plaintiff Sean Pressley failed to exhaust his DOC administrative remedies are **GRANTED IN PART** and **DENIED IN PART**;

(3)     the motions are **GRANTED** with respect to all of Pressley's remaining claims against defendants Steigerwalt, Marsh, Jr., Chambers, Taggart, Kelchner, O'Hara, Beard, Yohn,

---

[1] The above captioned matter was reassigned to the undersigned on February 21, 2017.

Gerber, Ayers, Tabias, and Taylor, and these claims as well as these defendants are **DISMISSED**;

(4) the motions are **DENIED** with respect to Pressley's claim for excessive force against defendants Huber and Zimmerman, and this claim **SHALL PROCEED**; and

(5) the instant action will be set down for trial in a separate order only regarding Pressley's excessive force claim against defendants Huber and Zimmerman.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 27, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2008 MEMORANDA\08-0449-03-ORDER.wpd