# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN PRESSLEY, <br> CG-4129 | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:08-0449 |
| v. | : | (MANNION, D.J.) |
| ADAM HUBER, et. al., | : | |
|     Defendants | : | |

## ORDER

The court has received notification that this case has been voluntarily dismissed. It is therefore ordered that the Final Pretrial Conference and Trial are **CANCELLED** and the Writ issued to produce the plaintiff is **VACATED.**

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: March 30, 2018

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2008 ORDERS\08-0449-05.wpd

FILED
SCRANTON
APR 0 3 2018
Per_____
DEPUTY CLERK